Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Michael J. Moloney III (SBN 259140)
*mmoloney@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041

David L. Permut (admitted *pro hac vice*)
*dpermut@goodwinprocter.com*
Eric I. Goldberg (admitted *pro hac vice*)
*egoldberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.:  202.346.4000
Fax:  202.346.4444

Attorneys for Defendants
Bank of America Corporation; Bank of America, N.A., and FIA Card Services, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION | MDL Docket No. 2269-TEH |
| This Document Relates To: | This Document Relates To: |
| BLANCHE MELENDEZ, individually and on behalf of all other similarly situated, | Case No. 3:11-cv-04575-TEH |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |
| BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and FIA CARD SERVICES, N.A. | |
| Defendants. | **Judge**:   The Honorable Thelton E. Henderson |

1    Pursuant to Local Rule 6-1(a), defendants Bank of America Corporation, Bank of America,
2  N.A., and FIA Card Services, N.A. (collectively, "Defendants") and plaintiff Blanche Melendez
3  ("Plaintiff") stipulate as follows:
4    WHEREAS, on or about August 5, 2011, Plaintiff filed her complaint in *Melendez v. Bank*
5  *of America, N.A., et al.*, Case No. 11-CV-5467 (the "*Melendez* action"), in the United States
6  District Court for Southern District of New York;
7    WHEREAS, on August 26, 2011, the Judicial Panel on Multidistrict Litigation ("JPML")
8  made the *Melendez* action subject to a conditional transfer order to be coordinated in this Court
9  with *In re: Bank of America Credit Protection Marketing & Sales Practices Litigation*, Case No.
10 11-MD-2260 ("MDL action");
11   WHEREAS, on September 15, 2011, the *Melendez* action was finally transferred and given
12 the individual case number in this Court of 11-cv-04575-TEH;
13   WHEREAS, pursuant to Defendants' agreement to waive service on August 23, 2010,
14 Defendants' response to Plaintiff's complaint is currently due on or before October 22, 2011;
15   WHEREAS, an initial Case Management Conference ("CMC") is scheduled in the MDL
16 action on November 14, 2011;
17   WHEREAS, this Court's Order Setting the Case Management Conference stayed all
18 discovery and denied without prejudice all currently pending motions with leave to re-file after the
19 CMC (Dkt. 11 ¶ 11);
20   WHEREAS, Defendants' counsel contacted Plaintiff's counsel on October 18, 2011 to
21 discuss an extension of its deadline to respond to the Complaint until after the CMC;
22   WHEREAS, the Parties met and conferred regarding Defendants' requested extension, and
23 have agreed that good cause exists to extend Defendants' deadline to respond to the Complaint as
24 any motion or responsive pleading filed by Defendants prior to the CMC would be contrary to the
25 spirit of the Court's CMC Order and potentially would waste the Court and the parties' resources.
26 Thus, in the interest of judicial efficiency, the Parties have agreed that Defendants' response to the
27 Complaint should be due on a date determined at the CMC;
28   WHEREAS, no party will be prejudiced by this extension of time;

1  WHEREAS, the continuance will not alter the date of any event or deadline already fixed
2  by this Court;
3  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between counsel
4  for Plaintiff and counsel for Defendants, that Defendants' response to the *Melendez* Complaint
5  will be due at a date to be determined at the MDL Case Management Conference.
6  IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 20, 2011

By: s/ Eric I. Goldberg
Patrick S. Thompson
Michael J. Moloney III
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

David L. Permut (admitted *pro hac vice*)
Eric I. Goldberg (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444

*Attorneys for Defendants*
*Bank of America Corporation; Bank of America, N.A., and FIA Card Services, N.A.*

Dated: October 20, 2011

By: s/Gregory Link
Brian P. Murray
Gregory Linkh
**Murray Frank LLP**
275 Madison Avenue, Suite 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: bmurray@murrayfrank.com
Email: glinkh@murrayfrank.com

Brett H. Cebulash
**Taus Cebulash & Landau, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
212-931-0704
Email: bcebulash@tcllaw.com

- 2 -

**Stipulation to Extend Time for Defendants to Respond to**     Case No. 11-CIV-4575-TEH
**Plaintiff's Class Action Complaint**     MDL No. 11-2269-TEH

| | |
|---|---|
| 1 | Brian P. Murray |
| | **Murray Frank LLP** |
| 2 | 275 Madison Avenue, Suite 801 |
| | New York, NY 10016 |
| 3 | (212) 682-1818 |
| | Fax: (212) 682-1892 |
| 4 | Email: bmurray@murrayfrank.com |
| 5 | Kevin Sylvan Landau |
| | **Taus Cebulash & Landau, LLP** |
| 6 | 80 Maiden Lane, Suite 1204 |
| | New York, NY 10038 |
| 7 | 212-931-0704 |
| | Email: klandau@tcllaw.com |
| 8 | |
| | Marc Lawrence Godino |
| 9 | **Glancy Binkow & Goldberg LLP** |
| | 1801 Avenue of the Stars, Suite 311 |
| 10 | Los Angeles, CA 90067 |
| | 310-201-9150 |
| 11 | Fax: 310-201-9160 |
| | Email: mgodino@glancylaw.com |
| 12 | |
| | Steven A. Owings *(pro hac vice)* |
| 13 | **Owings Law Firm** |
| | 1400 Brookwood Drive |
| 14 | Littlerock, AR 72202 |
| | (501) 661-9999 |
| 15 | |
| | T. Brent Walker *(pro hac vice)* |
| 16 | **Carter Walker, PLLC** |
| | 2171 West Main, Suite 200 |
| 17 | P.O.Box 628 |
| | Cabot, AR 72023 |
| 18 | (501) 605-1346 |
| | Fax: (501) 605-1348 |
| 19 | |
| 20 | *Attorneys for Plaintiff Blanche Melendez* |

10/20/2011

IT IS SO ORDERED

*[signature]*

Judge Thelton E. Henderson

*United States District Court, Northern District of California (seal)*

- 3 -

**Stipulation to Extend Time for Defendants to Respond to**     **Case No. 11-CIV-4575-TEH**
**Plaintiff's Class Action Complaint**     **MDL No. 11-2269-TEH**